**SELID CONSTRUCTION CO., Inc.,**
**Appellant,**

v.

**GUARANTEE INSURANCE CO., Inc.,**
**Paul B. McCracken, and Alaska In-**
**dustrial Board, Appellees.**

No. 16449.

United States Court of Appeals
Ninth Circuit.

June 17, 1959.

Charles E. Cole, Fairbanks, Alaska, for appellant.

Plummer & Delaney, Anchorage, Alaska, Taylor & Taylor, Fairbanks, Alaska, for appellee.

Before CHAMBERS, BARNES and JERTBERG, Circuit Judges.

PER CURIAM.

The judgment from the district court having been entered subsequent to January 3, 1959, the appeal is dismissed. See Parker v. McCarrey, 9 Cir., 268 F.2d 907.

**Kurtis Kay KOSTERS, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

No. 16502.

United States Court of Appeals
Ninth Circuit.

June 17, 1959.

Taylor & Taylor, Fairbanks, Alaska, Fred D. Crane, Kotzebue, Alaska, for appellant.

Malcolm R. Wilkey, Asst. Atty. Gen., Robert S. Erdahl, Carl H. Imlay, Attys., Dept. of Justice, Washington, D. C., George M. Yeager, U. S. Attorney, Fairbanks, Alaska, for appellee.

Before CHAMBERS, BARNES and JERTBERG, Circuit Judges.

PER CURIAM.

The clerk is directed to docket the appeal.

The appeal is dismissed for lack of jurisdiction in this court. See Parker v. McCarrey, 9 Cir., 268 F.2d 907.

**Truman EMBERG, Petitioner,**

v.

**Honorable J. L. McCARREY, Jr., as Unit-**
**ed States District Judge for the Terri-**
**tory [Now State] of Alaska, Third Di-**
**vision, Respondent.**

No. 860.

United States Court of Appeals
Ninth Circuit.

June 17, 1959.

Seaborn J. Buckalew, Jr., Wendell P. Kay, Anchorage, Alaska, for petitioner.

No appearances for respondent.

Before CHAMBERS, BARNES and JERTBERG, Circuit Judges.

PER CURIAM.

The motion for leave to file a petition for a writ of prohibition or a writ of mandamus is granted.

The petition is dismissed for lack of jurisdiction to entertain the petition. See Parker v. McCarrey, 9 Cir., 268 F.2d 907.